**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7606**

RICARDO CRUZ SERRANO,

    Petitioner - Appellant,

  v.

STEVIE KNIGHT, Warden,

    Respondent - Appellee,

  and

MELISSA FORSYTH, Camp Administrator,

    Respondent.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Joseph F. Anderson, Jr., Senior District Judge.  (2:21-cv-00461-JFA)

Submitted:  March 29, 2022      Decided:  April 1, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricardo Cruz Serrano, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina,

for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Cruz Serrano, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 petition. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Serrano's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*